**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-11-00486-CR**
_____

**BYRON LEON BERKLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-03-03054 CR**

**MEMORANDUM OPINION**

A jury convicted Byron Leon Berkley of engaging in organized criminal activity, enhanced, and the trial court sentenced Berkley to forty-five years in prison. Berkley's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On September 6, 2012, we granted an extension of time for Berkley to file a *pro se* brief. We received no response from Berkley. We have determined that this appeal is wholly frivolous. We have independently examined the clerk's record and the reporter's

1

record, and we agree that no arguable issues support an appeal. We find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

However, according to the judgment, the trial court assessed $4,330.97 in attorney's fees. The record does not indicate that Berkley has the financial resources to enable him to pay attorney's fees. *See* Tex. Code Crim. Proc. Ann. arts. 26.04(p), 26.05(g) (West Supp. 2012); *see also Roberts v. State*, 327 S.W.3d 880, 883-84 (Tex. App.—Beaumont 2010, no pet.). Accordingly, we modify the judgment to delete the $4,330.97 in attorney's fees. We affirm the trial court's judgment as modified.[1]

AFFIRMED AS MODIFIED.

---

                                             STEVE McKEITHEN
                                              Chief Justice

Submitted on December 28, 2012
Opinion Delivered February 6, 2013
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Berkley may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.